UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAMES SWANN, SR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 1:21-CV-263-CLC-CHS ) ) |
| SULLIVAN COUNTY, | ) ) |
| Defendant. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Defendant's motion for summary judgment [Doc. 49] is **GRANTED**, Plaintiff's motion to delay ruling [Doc. 67] is **DENIED** as moot, and this action is **DISMISSED**.

Because the Court **CERTIFIED** in its Memorandum Opinion that any appeal from this order would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
CLERK OF COURT